USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 27 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : NOLLE PROSEQUI

    -v.- : S1 13 Cr. 31 (KBF)

MARIA BAUTISTA-PENA, :
  a/k/a "Maricruz,"
                              :
    Defendant.
                              :
- - - - - - - - - - - - - - - - x

    1.    The filing of this nolle prosequi will dispose of this case with respect to the defendant MARIA BAUTISTA-PENA, a/k/a "Maricruz."

    2.    On May 23, 2013, MARIA BAUTISTA-PENA, a/k/a "Maricruz," was charged in Superseding Indictment S1 13 Cr. 31 (KBF) with participation in a conspiracy to violate Title 18 United States Code, Section 1952, in violation of Title 18, United States Code, Section 371.

    3.    On January 28, 2014, the defendant MARIA BAUTISTA-PENA, a/k/a "Maricruz," and the Government entered into a deferred prosecution agreement. Pursuant to the terms of the agreement, BAUTISTA-PENA agreed to comply with specific terms set forth therein for a period of three months. The Government agreed that, if BAUTISTA-PENA complied with such terms, no further prosecution would be instituted against BAUTISTA-PENA for the offense described above.

4. On or about May 5, 2014, the Government received a written report from the United States Pretrial Services Office indicating that the defendant MARIA BAUTISTA-PENA, a/k/a "Maricruz," had complied with all of the terms of her deferred prosecution agreement for the stipulated period.

5. In light of the foregoing, we recommend that an order of nolle prosequi be filed as to the defendant MARIA BAUTISTA-PENA, a/k/a "Maricruz," with respect to Indictment S1 13 Cr. 31 (KBF).

*Rebecca Mermelstein*
REBECCA MERMELSTEIN
AMANDA KRAMER
Assistant United States Attorney
(212) 637-2360/2478

Dated: New York, New York
May 5, 2014

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant MARIA BAUTISTA-PENA, a/k/a "Maricruz," with respect to Indictment S1 13 Cr. 31 (KBF).

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
May 22, 2014

SO ORDERED:

HON. KATHERINE B. FORREST
United States District Judge
Southern District of New York

Dated: New York, New York
May 27, 2014